Phillip M. Stone, NBN 1024
phillip@renostonelaw.com
6900 S. McCarran Blvd., Suite 2040
Reno, Nevada 89509
Telephone: (775) 827-1322
Facsimile: (775) 324-3934

Attorney for Defendant
MT. HAWLEY INSURANCE COMPANY,
AN ILLINOIS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEVADA

| | |
|---|---|
| BISON CONSTRUCTION, INC., A NEVADA CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>MT. HAWLEY INSURANCE COMPANY, AN ILLINOIS CORPORATION<br><br>Defendants. | CASE NO.:<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) DIVERSITY**<br><br>**JURY TRIAL DEMANDED** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEVADA:

PLEASE TAKE NOTICE that Defendant MT. HAWLEY INSURANCE COMPANY ("Defendant"), hereby removes to this Court the state court action described below presently pending in the Second Judicial District of the State of Nevada in and for the County of Washoe.

This removal is made pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1332, pursuant to the procedures set forth in 28 U.S.C. §1446. The grounds for removal of this state court action to federal court are provided below.

1. On July 1, 2011, an action was commenced in the Second Judicial District of the State of Nevada, in and for the County of Washoe entitled *Bison Construction, Inc., Plaintiff, versus. Mt. Hawley Insurance Company*, as Case Number CV11-01965. A true and correct copy of the Complaint is attached hereto as Exhibit 1.

2. Defendant MT. HAWLEY INSURANCE COMPANY was served with a copy of the Complaint on August 31, 2011. A true and correct copy of the summons is attached hereto as

Exhibit 2.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant MT. HAWLEY INSURANCE COMPANY pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy is at least $1,437,350.57, exclusive of costs and interest, as follows:

a. Plaintiff BISON CONSTRUCTION, INC. alleges that because of defendant MT. HAWLEY INSURANCE COMPANY's wrongdoing, it was forced to execute a stipulated judgment against itself in a third party action, in the amount of $1,437,350.27 (Complaint, Exhibit 1, ¶77).

b. Plaintiff BISON CONSTRUCTION, INC. seeks judgment against defendant MT. HAWLEY INSURANCE COMPANY in an amount equal to the stipulated judgment (Complaint, Exhibit 1, p. 15, line 26.)

c. Complete diversity of citizenship exists in that: Plaintiff BISON CONSTRUCTION, INC., is a corporation incorporated under the laws of the State of Nevada, having its principal place of business in the State of Nevada; and defendant MT. HAWLEY INSURANCE COMPANY is a corporation incorporated under the laws of the state of Delaware, having its principal place of business in the State of Illinois. There are no other named defendants in this case.

DATED: September 20, 2011

Phillip M. Stone

PHILLIP M. STONE, ESQ.
Nevada Bar No. 1024
6900 S. McCarran Blvd., Suite 2040
Reno, Nevada 89509

Attorney for Defendant
MT. HAWLEY INSURANCE COMPANY,
An Illinois Corporation

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

# CERTIFICATE OF SERVICE

On September 20, 2011, I served the foregoing document pursuant to FRCP 5(b) by mailing the same, enclosed in an envelope upon which first-class postage was fully prepaid, addressed to counsel for Plaintiff as follows:

Thomas P. Beko, Esq.
Erickson, Thorpe & Swainston, Ltd.
P. O. Box 3559
Reno, Nevada 89505

ANNIE REED
An employee of Phillip M. Stone, Esq.

**INDEX OF EXHIBITS**

| | | |
|---|---|---|
| 1. | Complaint | 46 pages |
| 2. | Summons | 2 pages |