Thomas P. Beko, Esq.
(Bar No. 2653)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEVADA

| | |
|---|---|
| BISON CONSTRUCTION, INC., A NEVADA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MT. HAWLEY INSURANCE COMPANY, AN ILLINOIS CORPORATION<br><br>Defendants.<br>_____ / | Case No.: 3:11-cv-00669-LRH-VPC<br><br>**JOINT CASE MANAGEMENT REPORT #3**<br><br>**STIPULATION TO AMEND INTERIM BRIEFING SCHEDULE AND VACATE CASE MANAGEMENT CONFERENCE** |

COMES NOW, the plaintiff BISON CONSTRUCTION, INC., a Nevada Corporation, by and through its attorneys, Erickson, Thorpe & Swainston, Ltd., and Thomas P. Beko, Esq., and defendant MT. HAWLEY INSURANCE COMPANY, an Illinois Corporation, by and through its attorney Phillip M. Stone, Esq., and hereby submit the following Joint Case Management Report #3.

Because the parties have agreed to attempt resolution of this case through private mediation to be conducted either on March 8 or 12, 2012, the parties are desirous of extending this court's previously scheduled deadline for early motions for partial summary judgment from March 1, 2012, to April 16, 2012. The parties hereby stipulate to extend that initial motion deadline and request this court's approval of that stipulation.

Previously, the parties stipulated to amend the complaint to add additional party plaintiffs. *See, Stipulation, Doc #26.* The parties further stipulate to extend the time for the actual filing of the agreed upon First Amended Complaint until March 19, 2012. And finally, the parties agree that the plaintiff shall have until March 19, 2012, to respond to Mt.

1  Hawley's Request for Production of Documents, Set One, and Mt. Hawley's Interrogatories
2  to Plaintiff, Set One.
3       In light of this stipulation, the parties do not believe that it will be necessary for this
4  Court to conduct the Case Management Conference which this Court previously scheduled
5  for February 21, 2012, and thus they request this Court to vacate that conference and reset
6  it for late March, 2012. Should this Court feel it necessary to conduct the February 21, 2012,
7  Case Management Conference, the plaintiff's counsel would request this Court to allow him
8  to participate by telephone, and to move the time for such conference either earlier on the
9  21st or later in the afternoon, as said counsel must appear in the Fifth Judicial Court (sitting
10 in Tonopah) on that morning.
11      Additionally, should this court deem a conference necessary, defendant's counsel
12 Michael Cooper would also request the opportunity to appear by phone.
13      DATED this 16th day of February, 2012.
14                          ERICKSON, THORPE & SWAINSTON, LTD.

16                          By    /s/ Thomas P. Beko, Esq.
                                  THOMAS P. BEKO, ESQ.
17                                *Attorney for Plaintiff*

18 DATED this 16th day of February, 2012.
19                          PHILIP M. STONE, ATTORNEY AT LAW

22                          By    /s/ Phillip M. Stone, Esq.
                                  PHILLIP M. STONE, ESQ.
                                  *Attorney for Defendant*

24 **IT IS SO ORDERED**.

26                          _____
                            UNITED STATES MAGISTRATE JUDGE

Erickson, Thorpe